RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Marion D. Reedus, II

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARION D. REEDUS, II,<br><br>Defendant. | Case No. 2:17-cr-00248-KJD-CWH<br><br>**UNOPPOSED MOTION AND PROPOSED ORDER TO MODIFY THE SPECIAL CONDITIONS OF PRETRIAL DIVERSION AGREEMENT** |

COMES NOW the Defendant, Marion D. Reedus, II, by and through undersigned counsel, Nisha Brooks-Whittington, Assistant Federal Public Defender, and hereby moves to modify the special conditions of his pretrial diversion agreement.

This unopposed motion is entered for the following reasons:

1. On August 9, 2017, Mr. Reedus made his initial appearance on a criminal information charging him with a misdemeanor crime of theft of government money in violation of 18 U.S.C. § 641. ECF Nos. 1, 3. Mr. Reedus entered into a pretrial diversion agreement with the government regarding the charge. ECF Nos. 3, 5. The court approved the agreement for pretrial diversion.

2. The pretrial diversion agreement contains general and special conditions. ECF No. 5. One of the special conditions requires Mr. Reedus to resolve any active warrants within 60

days and provide verification to his pretrial services officer. *Id*. This special condition must be satisfied by October 8, 2017.

3. Mr. Reedus has resolved all but one of his active warrants and is unable to resolve the last warrant by October 8, 2017, as he is financially unable to do so. As a result, Mr. Reedus requests an additional 30 days to resolve his active warrant.

4. The government and pretrial services do not oppose this request to extend the time for Mr. Reedus to resolve his active warrant by 30 days.

DATED this 6th day of October, 2017.

RENE L. VALLADARES  
Federal Public Defender

By: */s/ Nisha Brooks-Whittington*  
NISHA BROOKS-WHITTINGTON  
Assistant Federal Public Defender  
Attorney for Marion D. Reedus, II.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MARION D. REEDUS, II,

    Defendant.

Case No. 2:17-cr-00248-KJD-CWH

**PROPOSED ORDER TO MODIFY THE CONDITIONS OF PRETRIAL DIVERSION AGREEMENT**

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the special conditions of the pretrial diversion agreement be modified to extend the time for resolving any active warrants by 30 days from the date of October 8, 2017.

DATED October 10, 2017

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 6, 2017, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION AND PROPOSED ORDER TO MODIFY THE SPECIAL CONDITIONS OF PRETRIAL DIVERSION AGREEMENT** by electronic service (ECF) to the person named below:

>STEVEN W. MYHRE
>Acting United States Attorney
>M. SCOTLAND MORRIS
>Special Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

>>*/s/ Brandon Thomas*
>>Employee of the Federal Public Defender