RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Marion D. Reedus, II

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARION D. REEDUS, II,<br><br>Defendant. | Case No. 2:17-cr-00248-KJD-CWH<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Michael Scotland Morris, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Marion D. Reedus, II, that the Status Conference currently scheduled on August 28, 2018 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Additional time is requested to allow Mr. Reedus to complete his obligations under the pretrial diversion agreement.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Status Conference.

DATED this 20th day of August, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Michael Scotland Morris*<br>By_____<br>MICHAEL SCOTLAND MORRIS<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MARION D. REEDUS, II,

    Defendant.

Case No. 2:17-cr-00248-KJD-CWH

**ORDER**

    IT IS ORDERED that the Status Conference currently scheduled for Tuesday, August 28, 2018 at 1:30 p.m., be vacated and continued to November 6, 2018 at the hour of 1:30 p.m.

    DATED this 21 day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE