RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Marion D. Reedus, II

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARION D. REEDUS, II,<br><br>Defendant. | Case No. 2:17-cr-00248-KJD-CWH<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Michael Scotland Morris, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Marion D. Reedus, II, that the Status Conference currently scheduled on December 11, 2018 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties agree that Mr. Reedus has paid the restitution and completed the community service required under the pretrial diversion agreement. However, additional time is requested to allow Mr. Reedus to resolve an outstanding warrant.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the First request for a continuance of the Status Conference.

DATED this 10th day of December, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Michael Scotland Morris*<br>By_____<br>MICHAEL SCOTLAND MORRIS<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARION D. REEDUS, II,<br><br>    Defendant. | Case No. 2:17-cr-00248-KJD-CWH<br><br>**ORDER** |

IT IS ORDERED that the Status Conference currently scheduled for Tuesday, December 11, 2018 at 1:30 p.m., be vacated and continued to January 15, 2019 at the hour of 1:30 p.m.

DATED this 10 day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE