1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   NISHA BROOKS-WHITTINGTON
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Nisha_Brooks-Whittington@fd.org
6  Attorney for Marion D. Reedus, II

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00248-KJD-CWH |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND DISMISS CASE** |
| v. | (First Request) |
| MARION D. REEDUS, II, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Michael Scotland Morris, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Marion D. Reedus, II, that the Status Conference currently scheduled on January 15, 2019 at 1:30 p.m., be vacated and the case dismissed.

This Stipulation is entered into for the following reason:

1. Mr. Reedus has satisfied all of the requirements of his pretrial diversion agreement (ECF No. 5). Per the terms of the pretrial diversion agreement, this matter should be dismissed. ECF No. 5, p. 2.

DATED this 7th day of January, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Michael Scotland Morris*<br>By_____<br>MICHAEL SCOTLAND MORRIS<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00248-KJD-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| MARION D. REEDUS, II, | |
| Defendant. | |

IT IS ORDERED that the Status Conference currently scheduled for Tuesday, January 15, 2019 at 1:30 p.m., be vacated and this case dismissed.

DATED this 10 day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE